# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HOUFF, et al., | Case No. 1:18-cv-00845-SKO |
| Plaintiffs, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | |
| ONE WAY TOW, INC., | (Doc. 20) |
| Defendant. | |

On April 3, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 20.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**April 4, 2019**__     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE